## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**FRANK RODRICK,**

      **Petitioner,**

**v.**                                                    **Case No.   3:20-cv-174-J-20MCR**

**PUTNAM COUNTY TAX**
**COLLECTOR, et. al.,**

      **Respondents.**

_____/

## O R D E R

**THIS CAUSE** is before this Court following a Report and Recommendation, entered April 27, 2020, that recommends the above-captioned case be dismissed without prejudice for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida, or alternatively, that the Petitioner's "Motion to Confirm Arbitration Award" (Dkt. 1) be denied. (Dkt. 5).

Petitioner filed his Motion (Dkt. 1) without paying the filing fee or requesting to proceed *in forma pauperis.* (Dkt. 1). United States Magistrate Judge Monte C. Richardson directed him to pay the filing fee or submit an application to proceed *in forma pauperis.* (Dkt. 3). Petitioner, in response, mailed a certified letter that did not address the relevant issues Judge Richardson identified. (Dkt. 4). Following a review, Judge Richardson recommended Petitioner's Motion be denied and the case dismissed both for failure to prosecute and because the arbitration award Petitioner seeks confirmation of does not appear to be valid. (Dkt. 5).

No objections were filed to the Report and Recommendation as required.[1] After an

_____

[1] *See* footnote 1 of the Report and Recommendation. (Dkt. 5).

independent review of the record and upon consideration of the Report and Recommendation, this Court finds that it is not clearly erroneous or contrary to the law and adopts the same in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 5) is **ADOPTED**;

2. Petitioner's "Motion to Confirm Arbitration Award" (Dkt. 1) is **DENIED**;

3. The case is **DISMISSED**; and

4. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 21st day of May, 2020.

 

**HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Frank Rodrick, *pro se*
    14205 W. 52nd Avenue
    Arvada, Colorado 80002